[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
Dec. 17, 2009
THOMAS K. KAHN
CLERK

_____

No. 09-10539
Non-Argument Calendar

_____

D. C. Docket No. 91-00360-CR-T-17-TGW

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LARRY BRANNIC,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(December 17, 2009)

Before CARNES, WILSON and KRAVITCH, Circuit Judges.

PER CURIAM:

James Wesley Smith III, appointed counsel for Larry Brannic, has filed a motion to withdraw on appeal pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and the district court's denial of Brannic's 18 U.S.C. § 3582(c)(2) motion is **AFFIRMED**.